IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**KENDRICK TIPPENS**                                                                                              **PLAINTIFF**

vs.                                       Civil No. 1:24-cv-01096

**MICHELLE KING,**                                                                                                **DEFENDANT**
**Acting Commissioner, Social Security Administration**

### MEMORANDUM OPINION

On January 31, 2025, Kendrick Tippens, ("Plaintiff") filed this Motion to Dismiss. ECF No. 7. According to Plaintiff, the Complaint was prematurely filed in error as Plaintiff's case is still pending at the Appeals Council. *Id.* Defendant responded and does not oppose the Motion. ECF No. 9. The parties have consented to the jurisdiction of a magistrate judge to conduct all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Absent any pending counterclaims, a court is authorized to dismiss a case at the Plaintiff's request on the terms that the court considers proper. Fed. R. Civ. P. 41(a)(2). Defendant has asserted no counterclaims and has not objected to this motion. After taking into consideration said Motion, the Court finds the Plaintiff's Motion should be **GRANTED** and Plaintiff's case be dismissed without prejudice.

**ENTERED this 7th day of February 2025.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE